FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 30 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WEBSTER DRUMMOND,

        Plaintiff,

v.

POLICE OFFICERS JAZER SUAZO,
MICHELLE COLLIER, CATHERINE CIRAMI
AND TRANSPORT OFFICER 4,

        Defendants.
----------------------------------------------------------------X

**ORDER**
15-CV-7092 (WFK)

**WILLIAM F. KUNTZ II, United States District Judge:**

Plaintiff having done nothing to pursue his case since January 31, 2018, including failing to appear for the past three scheduled Court appearances, despite being warned that such failure could result in dismissal of this action, and failing to object to the Report and Recommendations submitted by Magistrate Judge Scanlon, IT IS HEREBY ORDERED the above-captioned action is DISMISSED without prejudice for the reasons set forth in Magistrate Judge Scanlon's Report and Recommendations dated December 11, 2018. *See* ECF No. 38.

                **SO ORDERED.**

                s/WFK
                HON. WILLIAM F. KUNTZ, II
                UNITED STATES DISTRICT JUDGE

Dated: January 28, 2019
       Brooklyn, New York